UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB 23 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TERRENCE GLEASON, a/k/a "Greedy," ) <br> ) <br> Defendant. ) | 4:22CR00099 SRC/NCC |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about December 5, 2021, in the St. Louis County, within the Eastern District of Missouri,

**TERRENCE GLEASON, a/k/a "Greedy,"**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of QuikTrip, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a).

### COUNT TWO

The Grand Jury further charges that:

On or about December 5, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**TERRENCE GLEASON, a/k/a "Greedy"**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, obstruct, delay, or affect commerce by robbery as charged in Count One herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii).

## COUNT THREE

The Grand Jury further charges that:

On or about December 6, 2021, in St. Louis County, within the Eastern District of Missouri,

**TERRENCE GLEASON, a/k/a "Greedy,"**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of QuikTrip, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a).

## COUNT FOUR

The Grand Jury further charges that:

On or about December 10, 2021, in St. Louis County, within the Eastern District of Missouri,

**TERRENCE GLEASON, a/k/a "Greedy,"**

the Defendant herein, aiding, abetting, and acting together with another, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of QuikTrip, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT FIVE

The Grand Jury further charges that:

On or about December 10, 2021, in St. Louis County, within the Eastern District of Missouri,

**TERRENCE GLEASON, a/k/a "Greedy,"**

the Defendant herein, aiding and abetting another, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, obstruct, delay, or affect commerce by robbery as charged in Count Four herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT SIX

The Grand Jury further charges that:

On or about December 11, 2021, in St. Louis County, within the Eastern District of Missouri,

**TERRENCE GLEASON, a/k/a "Greedy,"**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of QuikTrip, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a).

## COUNT SEVEN

The Grand Jury further charges that:

On or about December 12, 2021, in St. Louis County, within the Eastern District of Missouri,

**TERRENCE GLEASON, a/k/a "Greedy,"**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of QuikTrip, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a).

## COUNT EIGHT

The Grand Jury further charges that:

On or about December 12, 2021, in St. Louis County, within the Eastern District of Missouri,

**TERRENCE GLEASON, a/k/a "Greedy,"**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, obstruct, delay, or affect commerce by robbery as charged in Count Seven herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney